Revision 2007

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__Columbus__ DIVISION

2008 MAY 12 AM 8:57

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

__Jonathan Boyd #1246576__

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

vs.

NO. __4:08-CV-59__

__David Adelman, John D. Allen,__
__John Gray Conger, Linda Pierce,__
__Stephenie Owens, John Doe,__
__John Doe, Julia Slater__
(NAME OF EACH DEFENDANT)

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name and prison number __Jonathan Boyd #1246576__
2. Name and location of prison where you are now confined __Autry State Prison, P.O. Box 648, Pelham, Georgia 31779__
3. Sentence you are now serving (how long?) __18 years__
   (a) What were you convicted of? __Child Molestation, Sexual Exploitation of Children, Invasion of Privacy__
   (b) Name and location of court which imposed sentence __Muscogee County Superior Court__
   (c) When was sentence imposed? __April 26, 2007__
   (d) Did you appeal your sentence and/or conviction?  ☐ Yes  ☑ No
   (e) What was the result of your appeal? __N/A__
   (f) Approximate date your sentence will be completed __2025 January__

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME</u> <u>FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?  ☐ Yes  ☒ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

  (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
      Plaintiff(s): N/A

      Defendant(s): N/A

  (b) Name of Court: N/A
  (c) Docket Number: N/A    When did you file this lawsuit? N/A
  (d) Name of judge assigned to case: N/A
  (e) Is this case still pending  ☐ Yes  ☐ No
  (f) If your answer to (e) is "No," when was it disposed of and what were the results?
      (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

      N/A

6. Have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with <u>facts</u> <u>OTHER</u> <u>THAN</u> those involved in this lawsuit?  ☐ Yes  ☒ No

7. If your answer to question 6. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

  (a) Parties to the previous lawsuit:
      Plaintiff(s): N/A
      Defendant(s): N/A
  (b) Name of Court: N/A
  (c) Docket Number: N/A    When did you file this lawsuit? N/A

(d) Name of judge assigned to case: N/A

(e) Is this case still pending ☐ Yes ☒ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

N/A

**8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?** ☐ Yes ☒ No

If your answer is Yes, state the name of the court and docket number as to each case:

N/A                                    N/A

### III. PLACE OF INCIDENT COMPLAINED ABOUT

**9. Where did the matters you complain about in this lawsuit take place?** In the Superior Court of Muscogee County

(a) Does this institution have a grievance procedure? ☒ Yes ☐ No

(b) If your answer to question 9(a) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

☐ Yes ☒ No

(2) If Yes, what was the result? N/A

(3) If No, explain why not: This action is not grieveable under the Department of Correction's policy.

(c) **What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.**

The incident does not involve the prison officials. It is against the Georgia Court System and there is no grievance procedure to file for this matter in the prison system.

(d) **Did you appeal any denial of your grievance to the highest level possible in the prison system?** ☐ Yes ☒ No

(1) If Yes, to whom did you appeal and what was the result? N/A

(2) If No, explain why you did not appeal: This action is not grieveable under the Department of Correction's policy.

10. **In what other institutions have you been confined? Give dates of entry and exit.**

Muscogee County Jail 11/03/05 to 02/06/06 and again from 04/26/07 to 05/15/07 - Coastal State Prison from 05/15/07 to 06/28/07 - Autry State Prison 06/28/07 to Present

### IV. PARTIES TO THIS LAWSUIT

11. **List your CURRENT place of incarceration/mailing address.**

Jonathan Boyd #1246576 L-2, Autry State Prison, 3178 Mount Zion Church Road, Pelham, Georgia 31779

12. **List the full name, the official position, and the place of employment of each defendant in this lawsuit.** (ATTACH ADDITIONAL PAGES IF NECESSARY)

David Adelman, Senator, 121-I State Capital, Atlanta, GA 30334;
John D. Allen, Judge, 100 10th St., Government Center 7th Floor, Columbus, GA 31902;
John Gray Conger, District Attorney, P.O. Box 1340, Columbus, GA 31902;

(See Attachment)

# Attachment

12.) Linda Pierce, Clerk, P.O. Box 2145, Columbus, GA 31902;
Stephenie Owens, Foreperson, P.O. Box 2145, Columbus, GA 31902;
John Doe, Court Reporter, unknown;
John Doe, Bailiff, unknown;
Julia Slater, Defense Attorney, P.O. Box 1437, Columbus, GA 31902

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how **each** defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES AT THIS TIME;** if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. **KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT!** If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? In the Superior Court of Muscogee County

**WHEN** do you allege this incident took place? From 11/03/05 to 05/15/07

**WHAT** happened? Plaintiff was prosecuted under fraudulent acts by the Superior Court Officials who violated the Plaintiff's Constitutional Rights under the color of State Law in denial of due process of law and equal protection of law because Plaintiff's indictment was void. Plaintiff was sentenced to eighteen (18) years imprisonment for the charges of child molestation, sexual exploitation of children, and invasion of privacy. Which there is NO record of the Grand Jury minutes to reflect or verify that evidence was presented before the Grand Jury to indict Plaintiff, which violated his 5th and 14th Amendment of the United States Constitution. District Attorney John Gray Conger presented the indictment before the Grand Jury for a vote of No or True Bill, which was based upon fraud, a denial of due process of law, and a denial of equal protection of law. Also the District Attorney's act or omission was under the Color of State Law. The Clerk, Linda Pierce, failed to record the minutes of the Grand Jury, plus filed all of the fraudulent court papers in Plaintiff's case, by which Plaintiff was prosecuted and therefore

(See Attachment)

# Attachment

13.) violated Plaintiff's Constitutional Right under the Color of State Law. Muscogee County's Court Reporter, John Doe, is certified to operate tape-recordings or stenographic means to record the fraudulent prosecution of Plaintiff with a void indictment and thereby, violated Plaintiff's Constitutional Rights of due process and equal protection of law under the Color of State Law. Foreperson, Stephenie Owens, is the presiding member of the Grand Jury who speaks on the behalf of the jurors and communicated a fraudulent verdict of a "True Bill" against Plaintiff and that these acts were knowingly and intelligently made which lead to Plaintiff's prosecution and thereby, violated Plaintiff's Constitutional Rights under the Color of State Law. The Bailiff, John Doe, is the Court's attendant and the one who took the indictment into open court and delivered the invalid indictment before the Honorable Judge, in which Plaintiff was prosecuted under fraud and violated his due process and equal protection of law. Defense Attorney, Julia Slater, represented Plaintiff under these fraudulent acts of prosecution by the Superior Court of Muscogee County in violation of Plaintiff's Constitutional Rights of due process and equal protection of law under the Color of State Law, and that these acts were committed knowingly, intelligently, and by omission.

2. The Superior Court Judge John D. Allen lacks subject matter

## Attachment

13.) continued...

jurisdiction and that this court is identified as a court of Admiralty having maritime jurisdiction and therefore, sentenced Plaintiff by way of fraud, which is a violation of Plaintiff's due process and equal protection of law. These acts or omissions were under the Color of State Law and there was a CLEAR absence of all jurisdiction, therefore there is NO IMMUNITY from the damaged party. Also the Plaintiff has liberty interest. These acts of fraud were knowingly and intelligently committed and the Judge should have known.

3. Senator David Adelman has allowed the Georgia laws/Statutes to remain invalid, plus they have NO enactment clause, and allows fraud to be perpetrated through prosecution by the Georgia Court System. David Adelman now presides over the Georgia "Legislative Branch", who created the unlegal entity known as "The Georgia Code Revision Commission" and who entered into a contract with the Michie Publishing Company, who recodified the new void ab initio O.C.G.A. Codes/Statutes of Georgia making all indictments void upon their face and prosecution fraud. Therefore Senator David Adelman is in violation of the United States' Constitution and Georgia's Constitution and that the Legislative Branch delegated their power to a lower entity to enter a invalid contract to recodify the (O.C.G.A.). These acts committed were out of

## Attachment

13.) continued....
their legislative capacity and there is NO IMMUNITY without valid Laws/Statutes. Plaintiff is denied due process of law and equal protection of law.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

The Superior Court Judge John D. Allen enforces the O.C.G.A Laws that are non-existent according to the Constitution of the United States and prosecuted Plaintiff with a invalid indictment plus has no venue nor jurisdiction over Plaintiff giving the Court no subject matter.    (See Attachment)

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Wherefore, Plaintiff request that the Court grant the following relief: Declaratory judgments; A. Issue a Declaratory judgment stating that: 1. The fraudulent prosecution of Plaintiff by defendants, Judge, District Attorney, Clerk, Bailiff, Foreperson, Court Reporter, and Plaintiff's Attorney violated the Plaintiff's rights under the 5th and 14th Amendments of the United States and Georgia Constitution and constituded Fraud under the Color of State Law. (see Attachment)

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 22nd day of April, 20 08.

_____
PLAINTIFF

## Attachment

14.) Senator David Adelman has position of Georgia Legislature to enact laws and allow the State of Georgia to use O.C.G.A's that were re-codified by the Michie Law Publishing Company which are invalid without a enacting clause by the Georgia Legislators. District Attorney John Gray Conger prosecuted Plaintiff with an invalid indictment which created fraudulent acts under the Constitution of the United States. The Clerk of Superior Court Linda Pierce is appointed by the judge of the Superior Court to serve as the Clerk of the board and to implement and maintain the jury selection and jury drawing process in accordance with the law and the rules of court. The Bailiff John Doe is sworn in to oversee the selected Grand Jury who are the ones to indict, identify subject matter, and present True Bills in Open Court. Foreperson Stephenie Owens is the Head Juror and brings the verdict before the Court judge. The Court Reporter John Doe records all conversations of jurors, witnesses, District Attorneys, etc. and is the person responsible for all the court's documentation. Attorney of Plaintiff Julia Slater was responsible for defending Plaintiff and allowed Plaintiff to be convicted under fraudulent acts knowing that the court had no venue or jurisdiction, having no subject matter, allowing a invalid indictment and allowing Plaintiff to be convicted under O.C.G.A's which are non-existing according to the Constitution of the United States.

# Attachment

15.) 2. Senator David Adelman failed to enact Georgia Statutes in order for an indictment to be valid and therefore violated Plaintiff's Constitutional Rights under the 5th and 14th Amendments of the United States and Georgia Constitution.

B. Issue an injuction ordering Senator David Adelman, Judge John D. Allen and all other defendants to:

  1. Immediately release Plaintiff from illegal incarceration.
  2. Restore all citizenship to Plaintiff.
  3. Clear Plaintiff's criminal records of the fraudulent prosecution.

C. Award Compensatory damages in the following amount:

  1. $50,000, jointly and severally against Defendants David Adelman, Senator; John D. Allen, Judge; John Gray Conger, District Attorney; Linda Pierce, Clerk; Stephenie Owens, Foreperson; John Doe, Court Reporter; John Doe, Bailiff; Julia Slater, Defense Attorney; in their Official Capacity for violation of Plaintiff's Constitutional Rights.

  2. $25,000, severally against each defendants, David Adelman, Senator; John D. Allen, Judge; John Gray Conger, District Attorney; Linda Pierce, Clerk;

Continued:

15.) Continued

Stephenie Owens, Foreperson; John Doe, Court Reporter; John Doe, Bailiff; Julia Slater, Defense Attorney; in their individual capacity for fraud under the Constitution of the United States and Georgia Constitution.

D. Award Punitive damages in the following amounts:

1. $25,000 each against defendants, John D. Allen, Judge; John Gray Conger, District Attorney.
2. $15,000 each against defendants, Linda Pierce, Clerk; Stephenie Owens, Foreperson; John Doe, Court Reporter.
3. $10,000 each against defendants, John Doe, Bailiff.
4. $20,000 against Julia Slater plus Attorney fees.

E. Grant such other relief as it may appear that Plaintiff is entitled for lost of Reputation, Jobs, and future prospect that was established.