IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JONAHAN BOYD,                    *

          Plaintiff             *

vs.                             *
                                      CASE NO. 4:08-CV-59(CDL)
DAVID ADELMAN, et al.           *

          Defendant             *


O R D E R

     After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 4, 2008, is hereby approved, adopted, and made the Order of the Court.

     IT IS SO ORDERED, this 4th day of November, 2008.


                              S/Clay D. Land
                              CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE